IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**RM DEAN FARMS, a General Partnership**            **PLAINTIFF**

v.            **CASE NO. 2:11-CV-105-JLH**

**HELENA CHEMICAL COMPANY**            **DEFENDANT**

## ORDER

BEFORE THE COURT is a Motion for Protective Order and to Shorten Response Time to Said Motion filed by Defendant Helena Chemical Company ("Helena") and its supporting brief (Doc. 34, 35).

For good cause shown and pursuant to Rule 6(c), Plaintiff's time to respond to Helena's Motion for Protective Order (Doc. 34) is hereby shortened. Plaintiff shall electronically file a Response to said Motion by no later than close of business on Wednesday, January 18, 2012 and provide copies of its Response to the Court and all counsel of record at the time of filing.

IT IS SO ORDERED this 17th day of January, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT COURT JUDGE