**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

RM DEAN FARMS, a General Partnership                                                     PLAINTIFF

v.                                             No. 2:11CV00105 JLH

                                                                                         DEFENDANT/
HELENA CHEMICAL COMPANY                                                    THIRD-PARTY PLAINTIFF

v.

KURT NELSON CATLETT and
WAYNE BASS                                                                THIRD-PARTY DEFENDANTS

**ORDER**

On July 30, 2012, the Court conducted a hearing on the pending discovery motions. After hearing arguments from counsel, the Court ruled that the discovery cut-off should be extended for a period of two additional weeks beyond the current discovery deadline. Helena Chemical Company must produce its expert witness, Dr. Timothy Walker, for a deposition at a time and place to be agreed upon by counsel. Likewise, the two Helena Chemical Company employees who have been identified in the pending notice of deposition also must be produced for depositions at a time and place to be mutually agreed upon by counsel. The Court reserves ruling on whether Dr. Don Harlan must be deposed until the issues raised in Helena Chemical Company's motion for protective order (Document #88) are fully briefed. If the depositions ordered herein produce new information such that in fairness other discovery should be conducted, that discovery may be permitted. The motion to compel the deposition of Dr. Timothy Walker is therefore GRANTED. Document #86.

For the reasons stated on the record at the conclusion of the hearing, RM Dean Farms' motion to quash the subpoena issued to Arkansas County Bank is DENIED. Document #73.

IT IS SO ORDERED this 31st day of July, 2012.

                                                  J. LEON HOLMES
                                                  UNITED STATES DISTRICT JUDGE