# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

| | |
|---|---|
| RM DEAN FARMS, a General Partnership | PLAINTIFF |
| v.   No. 2:11CV00105 JLH | |
| HELENA CHEMICAL COMPANY | DEFENDANT/<br>THIRD-PARTY PLAINTIFF |
| v. | |
| KURT NELSON CATLETT and<br>WAYNE BASS | THIRD-PARTY DEFENDANTS |

## ORDER

RM Dean Farms has filed a motion for sanctions against Helena Chemical Company because an expert witness, Dr. Timothy Walker, did not bring documents to a deposition that had been requested in a notice of deposition served four days before the deposition. Helena Chemical Company points out in its response, assuming the facts stated in the motion are true, those facts do not show that Helena Chemical Company violated any rule of civil procedure, nor do they show that Helena Chemical Company violated an order of this Court. Therefore, the motion for sanctions is DENIED. Document #99.

IT IS SO ORDERED this 28th day of August, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE